<table>
<tr><td>AO 10<br>Rev. 1/2019</td><td>FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019</td><td>Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)</td></tr>
</table>

| 1. Person Reporting (last name, first, middle initial)<br><br>Altenburg, Jr, Andrew B. | 2. Court or Organization<br><br>Bankruptcy Court, District of New Jersey | 3. Date of Report<br><br>08/06/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge, full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
401 Market Street
Camden, New Jersey 08101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | BIGNAN, LLC (no reportable assets or income) |
| 2. | Trustee | Family Trust (no reportable assets or income) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 08/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Cherry Hill Board of Education/salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turn Around Management Association | 06/05/2019 - 6/6/2019 | Atlantic City, NJ | Annual Mid-Atlantic Regional Symposium | Registration, Lodging, Meals |
| 2. | Federal Bar Association W.D. Mich. | 7/26/2019 - 7/28/2019 | Thompsonville, MI | Annual Bankruptcy Section Seminar | Registration, Travel, lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Altenburg, Jr, Andrew B.** | 08/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Amazon | credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. South Jersey Federal Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 2. American Funds Accounts | | | | | | | | | |
| 3. - The Growth Fund of America - A / Invst Co of America - A | A | Dividend | J | T | | | | | |
| 4. Ameriprise ONE Financial Account | | | | | | | | | |
| 5. - Columbia Capital Alloc Moderate Cl C Mutual Fund | A | Dividend | K | T | | | | | |
| 6. - Columbia Flexible Cap Income CL C | A | Dividend | J | T | | | | | |
| 7. - Comcast Corp CL A New stock | A | Dividend | J | T | | | | | |
| 8. - Ameriprise Insured Money Market Account | A | Int./Div. | J | T | | | | | |
| 9. IRA (1) | | | | | | | | | |
| 10. - Ameriprise Bank Insured Sweep Account | A | Int./Div. | J | T | open | | | | |
| 11. - Dreyfus Govt Cash Mgmt FDS Instl SHS 289 | A | Dividend | J | T | merged with line 10 | 06/01/19 | J | A | |
| 12. - Invesco Balanced Risk Commodity Strat CL Y | A | Dividend | J | T | | | | | |
| 13. - Columbia Selectr Large Cap Growth Instl CL | A | Dividend | J | T | | | | | |
| 14. - John Hancock Classic Value CL I | A | Dividend | K | T | | | | | |
| 15. - John Hancock US Global Leaders Growth CL I | A | Dividend | J | T | | | | | |
| 16. - Janus Henderson Global Value CL I | A | Dividend | J | T | | | | | |
| 17. - Janus Henderson US Managed Volatility CL I | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | - John Hancock Strategic Income Opptys CL I | A | Dividend | J | T | | | | | |
| 19. | - Brandywineglobal Global Unconstrained Bond CL I | A | Distribution | J | T | | | | | |
| 20. | - NUVEEN NWQ Intl Value CL I | A | Distribution | J | T | | | | | |
| 21. | - Oppenheimer Global Focus CL Y | A | Dividend | J | T | Sold | 04/22/19 | J | A | |
| 22. | - Principal Global Real Estate Securities Instl CL | A | Dividend | J | T | Sold | 11/25/19 | J | A | |
| 23. | - Wells Fargo C&B Mid Cap Value Instl CL | A | Int./Div. | J | T | | | | | |
| 24. | - Wells Fargo Intl Value Instl CL | A | Int./Div. | J | T | | | | | |
| 25. | - Goldman Sachs Intl Equity Insights Investor CL | A | Distribution | J | T | Buy | 04/22/19 | J | A | |
| 26. | - Goldman Sachs GQG Partners Intl Opptys Investor CL | A | Distribution | J | T | Buy | 04/22/19 | J | A | |
| 27. | | | | | | | | | | |
| 28. | - Ishares 20+ Yr Treasury Bond ETF | A | Dividend | J | T | | | | | |
| 29. | - Ishares 7-10YR Treasury Bond ETF | A | Dividend | J | T | | | | | |
| 30. | - Ishares 3-7YR Treasury Bond ETF | A | Dividend | J | T | | | | | |
| 31. | - Ishares Core MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 32. | - Ishares MSCI Japan ETF New | A | Dividend | J | T | Sold | 02/25/19 | J | A | |
| 33. | - Ishares Currency Hedged MSCI Eurozone ETF | A | Dividend | J | T | | | | | |
| 34. | - Ishares MSCI UTD Kingdom New ETF | A | Dividend | J | T | Buy | 02/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Altenburg, Jr, Andrew B.** | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Vanguard Consumer Staples ETF | A | Dividend | J | T | | | | | |
| 36.   - Vanguard Energy ETF | A | Dividend | J | T | | | | | |
| 37.   - Vanguard Short Term Corp Bond Etf | A | Dividend | J | T | | | | | |
| 38.   - Vanguard Mortgaged Backed Securities ETF | A | Dividend | J | T | | | | | |
| 39.   - Vanguard Value ETF | A | Distribution | J | T | Buy | 09/23/19 | J | A | |
| 40.   SPDR Portfolio Large CAP ETF | A | Distribution | J | T | Buy | 08/12/19 | J | A | |
| 41.   - IRA (2) | | | | | | | | | |
| 42.   - Wells Fargo Wealthbuilder Moderate Balanced CL C | A | Dividend | K | T | | | | | |
| 43.   Franklin Templeton NJ 529 Growth 17 plus year portfolio - ▒▒▒ #3 | | None | L | T | | | | | |
| 44.   Franklin Templeton NJ 529 Growth 17 plus year portfolio - ▒▒▒ # 2 | | None | L | T | Sold (part) | 01/07/19 | K | A | |
| 45.   Franklin Templeton NJ 529 Growth 17 plus year portfolio - ▒▒▒ # 2 | | None | L | T | Sold (part) | 08/07/19 | K | A | |
| 46.   Lincoln Investment 403B - RSP | | | | | | | | | |
| 47.   - Blackrock Global Allocation Fund - A | A | Dividend | K | T | | | | | |
| 48.   - Ivy Asset Strategy Fund - A | A | Dividend | K | T | | | | | |
| 49.   -Vanguard Intermediate Term Bond Index Fund - Adr | A | Dividend | K | T | | | | | |
| 50.   -Vanguard Total International Stock Ondex Fund - Adr | A | Dividend | J | T | | | | | |
| 51.   -Vanguard Value Index Fund - Adr | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Vanguard Growth Index Fund - Adr | A | Dividend | J | T | | | | | |
| 53. -Vanguard Short Term Infl Prtct Secs Index Fund - Adr | A | Dividend | J | T | | | | | |
| 54. -Vanguard Short Term Bond Index Fund - Adr | A | Dividend | J | T | | | | | |
| 55. -Vanguard Small Cap Growth Index Fund - Adr | A | Dividend | J | T | | | | | |
| 56. - Vanguard Small Cap Value Index Fund - Adr | A | Dividend | J | T | | | | | |
| 57. -Vanguard Prime Money Market Fund - Inv | A | Dividend | J | T | | | | | |
| 58. -Vanguard Real Estate Index Fund - Adr | A | Dividend | J | T | | | | | |
| 59. Lincoln Investment 403B - RS | | | | | | | | | |
| 60. - Ivy Asset Strategy Fund - A | A | Dividend | K | T | | | | | |
| 61. - Blackrock Global Allocation Fund - A | A | Dividend | K | T | | | | | |
| 62. - Federated Prime Cash Obligation Fund - AS | A | Dividend | J | T | | | J | | |
| 63. GE Common Stock | A | Dividend | J | T | | | | | |
| 64. Fulton Bank (checking account) | A | Int./Div. | J | T | | | | | |
| 65. ▓▓▓▓ Trust | A | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pt VII, Lines 2 and 3 - I am custodian until ▮▮▮ of ▮▮▮▮▮▮▮ accounts with American Funds.

Pt. VII, Lines 4 through 8 - I deposit funds into my Ameriprise ONE Financial Account each month and my financial advisor in turn, in his discretion, invests that money proportionately into the investments listed throughout the year.

Pt. VII, Lines 9 through 40 - my financial advisor, in his discretion, buys and sells these investments throughout the year however, all categories remain the same meaning value was less than $15,000 and gain less than $1,000 for each transaction.

Pt. VII, Lines 10 and 11- There was a cash sweep account portion of my IRA which switched the Dreyfus Cash Management to the Ameriprise Bank Insured Sweep Account - FDIC. Apparently, the account was changed from Ameriprise Insured Money Market Account to Ameriprise Bank Insured Sweep Account at that time.

Pt VII Lines 43, 44 and 45 - Each month, there is an automatic account withdrawal of $1,000 which is invested into these accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew B. Altenburg, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544